IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02653-REB-BNB

ANA SILVA AMAYA a/k/a Ana S. Reyes Morataya,

Petitioner,

v.

ROBERT MATHER, District Director of Citizenship and Immigration Services for Colorado,
EDWARD NEWMAN, District Director of Citizenship and Immigration Services for Vermont,
and
ERIC HOLDER, Attorney General of the United States,

Respondents.

_____

**ORDER**
_____

Counsel appeared this morning (although the respondents have not yet been served) for a status conference. I am informed that the issues raised in this case may be capable of resolution without further involvement of the court.

IT IS ORDERED that a supplemental status conference is set for January 15, 2014, at 9:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall file a joint status report on or before January 8, 2014, in anticipation of the status conference.

Dated November 1, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge