IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02653-REB-BNB

ANA SILVA AMAYA,

Plaintiff,

v.

ROBERT MATHER, District Director of United States Citizenship and Immigration Services for Colorado,
EDWARD NEWMAN, District Director of United States Citizenship and Immigration Services of Vermont, and
ERIC H. HOLDER, JR., United States Attorney General,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a status conference. Further delay in the preparation of the action for judicial determination while the parties attempt to negotiate a voluntary resolution is no longer justified. Consistent with matters discussed at the status conference,

IT IS ORDERED:

(1) The action is set for a scheduling conference on **February 11, 2014, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2) The parties shall prepare a proposed Scheduling Order and submit it to the court on or before February 4, 2014.

Dated January 15, 2014.

                                                 BY THE COURT:

                                                 s/ Boyd N. Boland
                                                 United States Magistrate Judge