**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 13-cv-02653-REB-BNB

ANA SILVA AMAYA,

    Plaintiff,

v.

ROBERT MATHER, District Director of United States Citizenship and Immigration Services for Colorado,
EDWARD NEWMAN, District Director of United States Citizenship and Immigration Services for Vermont, and
ERIC H. HOLDER, JR. United States Attorney General,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before the court on the **Motion For Administrative Closure Pursuant to D.C.COLO.LCivR 42.2** [#33][1] filed May 6, 2014. After reviewing the stipulation and the record, I conclude that the motion should be granted and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion For Administrative Closure Pursuant to D.C.COLO.LCivR 42.2** [#33] filed May 6, 2014, is **GRANTED** ;

    2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated May 20, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge