**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02653-REB-BNB

ANA SILVA AMAYA,

    Plaintiff,

v.

ROBERT MATHER, District Director of United States Citizenship and Immigration Services of Colorado,
EDWARD NEWMAN, District Director of United States Citizenship and Immigration Services for Vermont, and
ERIC H. HOLDER, JR., United States Attorney General,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation to Dismiss** [#35][1] filed July 3, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved, that the clerk of the court shall re-open this case, which was administratively closed on May 20, 2014, and that this case should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss** [#35] filed July 3, 2014, is **APPROVED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

action; and

       3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

       Dated July 8, 2014, at Denver, Colorado.

       **BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge